# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2023

## NO. 03-23-00175-CV

**James Andy Fry, Fry Sons Ranch, Inc., Tina Bristow and Mary Thornton, Appellants**

**v.**

**Dianna Lynn Fry, as Independent Administrator of the Estate of Joseph Nathan Fry; Press Allen Fry; and Edward Heath Fry, Individually and in their Derivative Capacity as Majority Shareholders of Fry Sons Ranch, Inc. and as Beneficiaries of the Press Fry Family Trust, Appellees**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES BAKER, SMITH, AND JONES
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE JONES**

This is an appeal from the final judgment signed by the trial court on January 6, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.